UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Joel Hagen,

        Petitioner,

vs.                                              ORDER

United States of America,

        Respondent.                      Civ. No. 06-2462(DSD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED** that**:**

    1.    The Petitioner's Petition for a Writ of Habeas Corpus [Docket No. 1] is summarily dismissed for lack of jurisdiction.

    2.    The Petitioner's Motion for Grand Jury Transcripts [Docket No. 2] is denied as moot.

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court

DATED:  July 24, 2006
At Minneapolis, Minnesota